UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 OCT 12 AM 11:51

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 2:16-cr-135-cr |
| ROYAL PALIN, | ) |
| Defendant. | ) |

# INDICTMENT

## Count One

The Grand Jury charges:

On or about December 7, 2015, in the District of Vermont, the defendant ROYAL PALIN by force, violence, and intimidation took from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of the Merchants Bank in South Burlington, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(18 U.S.C. § 2113(a))

## Count Two

The Grand Jury further charges:

On or about December 14, 2015, in the District of Vermont, the defendant ROYAL PALIN by force, violence, and intimidation took from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of the People's United Bank in Wilmington, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(18 U.S.C. § 2113(a))

## Count Three

The Grand Jury further charges:

On or about March 25, 2016, in the District of Vermont, the defendant ROYAL PALIN by force, violence, and intimidation took from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of the Heritage Family Credit Union in Bennington, a bank whose deposits were then insured by the National Credit Union Administration.

(18 U.S.C. § 2113(a))

FOREPERSON

ERIC S. MILLER (JAO)
United States Attorney
Burlington, Vermont
October 12, 2016