NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

UNITED STATES OF AMERICA

        v.                               Case No: 2:16-cr-135

ROYAL J. PALIN

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Monday, June 5, 2017, at Burlington, Vermont before the Honorable Christina Reiss, Chief District Judge, for a Sentencing.

| | |
|---|---|
| **Location: Courtroom 542** | JEFFREY S. EATON, Clerk |
| **Date of Notice: 2/8/2017** | By /s/Jennifer Ruddy |
| | Deputy Clerk |

**TO:**

Christina Nolan, AUSA

Steven Barth, AFPD

Anne Pierce, Court Reporter