AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Royal J. Palin<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.  2:16-cr-135-1 |

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2017 FEB 14 PM 4:50
CLERK
BY _____
DEPUTY CLERK

RECEIVED 2016 OCT 12 PM 4:01 U.S. MARSHALS SERVICE DISTRICT OF VERMONT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Royal J. Palin                                                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
  bank robbery

Date:   10/12/2016

City and state:   Burlington, VT

*Lisa Wright*
*Issuing officer's signature*

Lisa Wright, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/12/16, and the person was arrested on *(date)* 10/26/16
at *(city and state)* BURLINGTON VT.

Date: 2/13/17.

*Arresting officer's signature*

/ SHIN -SDUSM
*Printed name and title*